UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: **2:17-PO-00146-KJN (Violation 6520137)** |
| v. | **JUDGMENT IN CRIMINAL CASE** |
| **DOUGLAS A. BRACEY** | |

Defendant pleaded guilty, is adjudged guilty and convicted of the following offenses:

| Charges Defendant Convicted of: | Nature of Charges |
|---|---|
| 16 USC § 668dd and 50 CFR § 26.21(a) | Trespass on a National Wildlife Refuge |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PROBATION** for a term of 12 months, expiring on 7/24/2018. Your conditions of probation are as follows:

1. Your probation is unsupervised.
2. You shall not commit another federal, state, or local crime.
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

☒ You shall pay a fine in the amount of $250, a special assessment of $10, for a total financial obligation of $260, which shall be paid immediately. While on probation and subject to any financial obligation of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☐ You shall perform _ hours of community service by _.

☐ You are hereby committed to the Bureau of Prisons to be imprisoned for a term of _ months beginning immediately or _ by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 unless a different reporting time has been reported prior to that date.

☒ Other:

4. The defendant shall (i) successfully complete a Hunter Education course (either the "Traditional Hunter Education Course" of the "Online Course and Follow-up Class") administered by the California Department of Fish and Wildlife and (ii) provide proof of completion to the United States Attorney's Office.
5. The defendant shall not engage in any act of hunting at any location worldwide.
6. The defendant shall notify the U.S. Attorney's Office within seventy-two hours of being arrested or cited.
7. The defendant shall notify the U.S. Attorney's Office ten days prior to any change in residence.
8. Defendant's probation shall terminate immediately if defendant satisfies payment noted above in condition #3 and condition #4.

☒ **OTHER**: Violation 6520139 dismissed upon motion of the United States.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record for failure to pay. The check or money order must be made payable to: **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

Your check or money order **must** indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts are attached to your case for failure to pay.

DATED: 7/26/2017

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

CRD Initials: AW